UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ELIZABETH STEPHENS, | CASE NO. 2:26-cv-02181-TL |
| Plaintiff, | MINUTE ORDER |
| v. | |
| MICROSOFT CORPORATION, BRENT HALAZON, individually and in his corporate capacity, and JACOB YOUNG, individually and in his corporate capacity, | |
| Defendants. | |

The following Minute Order is made at the direction of the Court, the Honorable Tana Lin, United States District Judge:

(1)     Plaintiff's Motion for Order Confirming Operative Pleading (Dkt. No. 42) is GRANTED. Plaintiff's First Amended Complaint ("FAC") was properly filed pursuant to Federal Rule of Evidence 15(a)(2) and the Order of the Honorable Luke A. Evans, United States Magistrate Judge (Dkt. No. 17 at 2). The FAC is therefore the operative pleading.

//

//

MINUTE ORDER – 1

(2) Pursuant to the Order of the Honorable Waverly D. Crenshaw, Jr., United States District Judge (Dkt. No. 44 at 3), Defendants' deadline to answer the FAC and to respond to Plaintiff's Motion for Equitable Tolling of Statutory Deadlines (Dkt. No. 24) was extended until thirty days after the Court issued a ruling on Plaintiff's Motion to Stay Transfer of Venue (Dkt. No. 32). Because the motion to Stay Transfer of Venue was denied on June 16, 2026 (*see* Dkt. No. 47 at 3), the deadline for Defendants' answer and response is therefore RESET to July 16, 2026.

(3) Pursuant to LCR 7(d)(3), Plaintiff's reply in support of the Motion for Equitable Tolling of Statutory Deadlines SHALL be due on July 23, 2026. The Clerk is DIRECTED to renote the Motion for Equitable Tolling of Statutory Deadlines (Dkt. No. 24) for July 23, 2026.

(4) Due to the transfer of this case into a different District and Circuit after the original motion was filed, the Court accepts the filing of Plaintiff's supplemental brief at Docket No. 51, and will consider it as the part of Plaintiff's Motion for Equitable Tolling of Statutory Deadlines (Dkt. No. 24). To the extent necessary, Defendants' response should address both the motion and the supplement. However, Plaintiff is ADVISED that such a supplemental brief is not provided for in the Local Civil Rules of this District. In the future, no additional briefing beyond what is provided for in LCR 7(b) should be filed without leave of the Court (which may be requested in a motion).

(5) There are three pending motions to seal, none of which appear to be fully briefed. Dkt. Nos. 23 (Plaintiff's First Motion to Seal), 28 (Plaintiff's Amended Second Motion to Seal), 33 (Defendants' Motion to Seal Exhibit G and Strike Exhibit 2C). Pursuant to these motions, the Clerk is directed to provisionally seal the following docket entries:

    (a) Dkt. No. 29-10 ("Exhibit E")

    (b) Dkt. No. 32-7 ("Exhibit F," elsewhere called "Exhibit G")

    (c) Dkt. Nos. 29-16 and 32-4 ("Exhibit 2C")

(6) The clerk is DIRECTED to re-note the motions to seal as follows:

    (a) Plaintiff's Motions to Seal (Dkt. Nos. 23, 28) SHALL be re-noted for July 22, 2026, and Defendants' responses (or a combined response addressing both motions) SHALL be due on July 15, 2026. See LCR 7(d)(3). To the extent that Defendants are advocating for the sealing of any of the exhibits that are the subjects of these motions these motions (other than Exhibit G), Defendants are responsible for providing the justification for maintaining these documents under seal. *See* LCR 5(g)(3)(B). Plaintiff's reply or replies, if any, SHALL be due on July 22, 2026.

(b)   Plaintiff has already filed a response in opposition to Defendants' Motion to Seal Exhibit G and Strike Exhibit 2C (Dkt. No. 33). *See* Dkt. No. 37. Therefore, this motion SHALL be renoted for July 8, 2026, with Defendants' reply, if any, to be due that day.

Dated this 1st day of July, 2026.

Joshua C. Lewis
Clerk of the Court

s/ Kadya Peter
Deputy Clerk

MINUTE ORDER – 3